IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DAVID MAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-899-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Bruce W. Brewer
Law Office of Bruce W. Brewer, PC
419 Fifth Street
Oregon City, Oregon  97045

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - ORDER

Britannia I. Hobbs
Neil J. Evans
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

Joanne Elizabeth Dantonio
Michael McGaughran
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington 98104

      Attorneys for Defendant

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on August 14, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#27). IT IS HEREBY ORDERED that the Commissioner's decision is reversed and this case is remanded for further proceedings. Judgment will be entered.

Dated this    3rd    day of September, 2008.

        /s/ Garr M. King
        Garr M. King
        United States District Judge