IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DAVID MAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-899-ST |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Bruce W. Brewer
Law Office of Bruce W. Brewer, PC
419 Fifth Street
Oregon City, Oregon  97045

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Neil J. Evans
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Joanne Elizabeth Dantonio
Michael McGaughran
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington  98104

    Attorneys for Defendant

KING, Judge:

By Order issued September 3, 2008, this court ADOPTED the Findings and Recommendation of Magistrate Stewart.  Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further proceedings as directed in the Findings and Recommendation.

    Dated this _____3rd_____ day of September, 2008.

                                      /s/ Garr M. King
                                      Garr M. King
                                      United States District Judge